AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Robert Ashcraft, Fair Rose Louverture,*
*Edgar Lopez-Maya, Steven Salkoff,*
*Roberto Valle, Javier Garcia, Stacy Barrett,*
*Gustavo Sanchez, Dean Ontiveros,*
*Ernesto Torres, Rayvel Williams,*
*Calvin Johnson, Julie Matousek-Williams,*
*Robert Jarrett, Jeremy Bean, Greg Piccinini,*
*Terrance Jackson, and William Oblak*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEANAH DIXON and TONEY A. WHITE, | Case No. 2:23-cv-00171-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ROBERT JARRETT, et al., | |
| Defendants. | ECF No. 43 |

Plaintiffs, Seanah Dixon and Toney White, pro se, and Defendants, Robert Ashcraft, Fair Rose Louverture, Edgar Lopez-Maya, Steven Salkoff, Roberto Valle, Javier Garcia, Stacy Barrett, Gustavo Sanchez, Dean Ontiveros, Ernesto Torres, Rayvel Williams, Calvin Johnson, Julie Matousek-Williams, Robert Jarrett, Jeremy Bean, Greg Piccinini, Terrance Jackson, William Oblak by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///

///

///

DATED this 16 day of Feb, 2023

By: _____
SEANAH DIXON
*Plaintiff Pro Se*

By: _____
TONEY A. WHITE
*Plaintiff Pro Se*

DATED this 2nd day of April, 2024
AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
100 N. Carson Street
Carson City, NV 89701-4717
(775) 684-1150
drands@ag.nv.gov

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 43] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2024